# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137251(78)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JASON MICHAEL GURSKY,
        Defendant-Appellant.

_____

SC: 137251
COA: 274945
Macomb CC: 2006-002756-FC

On order of the Chief Justice, the motion by defendant-appellant for extension to December 1, 2009 of the time for filing his brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2010

_____
Clerk